UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN LAMONT MARKOS,  )<br> )<br>  Plaintiff,  )<br> )<br>  v.  )<br> )<br>UPTOWN TRANSPORT INC  )<br> )<br>  Defendant.  )<br> ) | Civil Action No.<br>25-13192-BEM |

## FINAL JUDGMENT

**MURPHY, J.**

For the reasons stated in the Court's March 11, 2026 Order, Dkt. 20, granting in part Plaintiff's motion for default judgment, it is hereby ORDERED:

1. Plaintiff Steven Lamont Markos shall recover from Defendant Uptown Transport Inc in the total amount of $7,576.50, which includes all damages, costs, and attorney's fees.

2. Defendant Uptown Transport Inc is hereby ENJOINED from continuing to infringe on Plaintiff Steven Lamont Markos's rights through the unlicensed use of the copyrighted photograph at issue in this case.

**So Ordered.**

Dated: March 11, 2026

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court